RECEIVED
JAN 2 8 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Gregory Panko, Plaintiff )
) No. 05C 542
)
v. ) Consumer Protection action
)
) Amount $10,000.00 + costs
Discover Financial Services, Inc. )
Discover Bank, Marc Taylor, Defendants ) Jury demand

MAGISTRATE JUDGE MASON

COMPLAINT

1. This action is brought pursuant to 15 U.S.C. § 1681 et seq. (Fair Credit Reporting Act) for failure of defendants Discover Financial Services, Inc. (Discover Financial) and Discover Bank to comply with certain of its provisions at 15 U.S.C. § 1681m(a)(2,3) in giving adequate notice regarding an adverse action on the basis of information contained in a consumer report or credit report regarding a credit card account plaintiff had with defendants Discover Financial and Discover Bank and is brought with respect to defendants Discover Financial and Discover Bank regarding pendent or supplemental claims of acting contrary to public policy in the incorrect withholding of credit from plaintiff and of engaging in breach of contract in failing to restore credit to plaintiff. This action is brought with respect to defendant Marc Taylor regarding a pendent or supplemental claim of engaging in breach of contract in failing to restore credit to plaintiff.

2. Jurisdiction is conferred upon this Court by 28 U.S.C., Sections 1331 and 1367 and by 15 U.S.C., Section 1681p.

3. Injunctive relief and damages are sought in this action.

4. At the respective times applicable to the causes of action plaintiff and defendant Marc Taylor were residing in the Northern District of Illinois with defendant Marc Taylor being employed in the Northern District of Illinois, and defendant Discover Financial was a Delaware Corporation doing business in the Northern District of Illinois and elsewhere with an office in the Northern District of Illinois, where defendant Marc Taylor was employed, as a provider of credit services using consumer reports from consumer reporting agencies. At the applicable respective times defendant Discover Bank was a Delaware bank doing business in the Northern District of Illinois and elsewhere with an office in the Northern District of Illinois at the location of defendant Discover Financial as the provider of credit administered by Discover Financial and was responsible or liable for the acts of defendant Discover Financial in this action. Defendant Marc Taylor at the applicable time was Collection Manager or Strategy Manager, Cardmember Assistance for defendant Discover Financial having access to credit accounts and being able to restore credit.

5. In 1992 plaintiff was approved for a credit card account by defendant Discover Financial with defendant Discover Bank, then known as Greenwood Trust & Savings Bank. The said account was closed in February 1994 and re-opened in November 1994.

6. During a period from November 1994 to January 2003 plaintiff was able to charge purchases to the said account, received limit changes including increases and decreases such that the limit changed from $2,000.00 to $12,000.00, and was able to obtain cash amounts chargeable to the account when making some purchases.

7. In December 2002 and January 2003 plaintiff made some cash and check payments regarding the said account at Sears, Roebuck & Co. stores. One check payment was in the amount of $1,200.00 and another check payment was in the amount of $900.00. Both checks cleared before January 7, 2003. Plaintiff generally received useable credit regarding the said account within about 2 or 3 days after making payments before January 7, 2003.

8. On January 7, 2003 plaintiff made a cash payment of $200.00 and a check payment of $800.00 at a Sears, Roebuck & Co. store for a total amount of $1,000.00 regarding the said account.

9. On January 8, 2003 defendant Discover Financial incorrectly placed a hold on the said account without proper basis initially wanting to withhold $1,000.00 useable credit contrary to public policy until January 17, 2003, although the check in the amount of $800.00 cleared on January 9 or 10, 2003 and a $200.00 cash payment had been made. Upon request defendant Discover Financial on January 8, 2003 agreed to provide useable credit regarding the cash payment of $200.00 but wanted to withhold credit regarding the $800.00 check payment, even if a copy of the cancelled check would be provided, until January 17, 2003. In accordance with public policy plaintiff was entitled to useable credit regarding the $800.00 check payment without having to wait 7 or 8 days after the check cleared.

10. Defendant Discover Financial sent plaintiff a letter dated January 9, 2003, a copy of which is attached as Attachment A, acknowledging the amount of $1,000.00 and specifying availability of credit on January 17, 2003.

11. During the period of January 9-16, 2003 plaintiff made some payments with credit being intermittently given and credit being intermittently withheld contrary to public policy. Useable credit was available other than the $800.00 check amount in the evening of January 16, 2003.

12. On January 17, 2003 defendant Discover Financial incorrectly completely withheld all useable credit regarding the said account from plaintiff contrary to public policy and in breach of contract regarding the said account. There was breach of agreement by defendant Discover Financial in not making available useable credit to plaintiff on January 17, 2003 as specified in the said letter dated January 9, 2003. No useable credit was available regarding the said account during the period of January 17-20, 2003.

13. On January 21, 2003 defendant Discover Financial incorrectly closed the said account on the basis of information contained in a consumer report or credit report but did not notify plaintiff orally, in writing, or electronically on that date or on any other date in 2003 of the name, address, and telephone number of the consumer reporting agency that furnished the report, that the consumer reporting agency did not make the decision to take the adverse action and was unable to provide plaintiff the specific reasons why the adverse action was taken and did not provide to plaintiff orally, in writing, or electronically on that date or on any other date in 2003 notice of plaintiff's right to obtain a free copy of a consumer report or credit report on the plaintiff from the consumer reporting agency with an indication of the 60-day period for obtaining such a copy and notice of plaintiff's right to dispute with the consumer reporting agency the accuracy or completeness of any information in the consumer report or credit report furnished by the agency contrary to 15 U.S.C. § 1681m(a)(2,3). Defendant Discover Financial or defendant Discover Bank could have sent plaintiff a letter, as in the case of the letter of January 9, 2003 sent by defendant Discover Financial, on or before January 31, 2003 giving the notification and been in compliance with 15 U.S.C. § 1681m(a)(2,3).

14. Plaintiff subsequently in 2003 attempted to get the said account re-opened, sending a letter dated September 2, 2003, a copy of the text of which is attached as Attachment B, to a Customer Service Representative indicating plaintiff's attempt to get some negative information removed from the consumer report or credit report.

The void judgment referred to in the said letter was, in fact, vacated on October 1, 2003, and subsequently the indication of it was removed from credit reports or consumer reports. No written reply was received in 2003 by plaintiff to the said letter dated September 2, 2003.

15. Defendant Discover Financial gave the said account to collection organizations for processing. One of the said collection organizations, Academy Collection Service, Inc., sent to plaintiff a letter dated April 27, 2004, a copy of which is attached as Attachment C, offering an amount of $5,196.69 as a settlement amount regarding the said account. Plaintiff expressed willingness in July 2004 and August 2004 to pay $5,000.00—$5,200.00 regarding the said account, if useable credit of $12,000.00 would be restored and the said account re-opened or another account having a limit of $12,000.00 would be opened for plaintiff by defendant Discover Financial after payment would be made.

16. Plaintiff subsequently contacted defendant Discover Financial attempting to obtain an agreement of useable credit for plaintiff in the amount of $12,000.00 if plaintiff would pay $5,000.00—$5,200.00. On October 8, 2004 plaintiff spoke by telephone with defendant Marc Taylor who incorrectly did not wish to guarantee or restore credit to plaintiff of $12,000.00 in breach of contract or breach of agreement apecified in the said letter dated January 9, 2003. Attached as Attachment D is a copy of a letter dated October 19, 2004 from defendant Marc Taylor to plaintiff with respect to the contact of October 8, 2004 regarding the said account.

### Relief Requested

17. Plaintiff asks that an injunction issue directing defendants Discover Financial, Discover Bank, and Marc Taylor to restore useable credit to the plaintiff in the amount of $12,000.00 by re-opening the said account or to provide plaintiff with a new account having a useable credit amount of $12,000.00.

18. Plaintiff asks that defendants Discover Financial, Discover Bank, and Marc Taylor pay the plaintiff $10,000.00 damages plus costs regarding the foregoing.

Attachments A-D

*/s/ Gregory Panko*
Gregory Panko, Plaintiff

Gregory Panko
1124 West Wilson Avenue, #374
Chicago, Illinois 60640
Telephone: (773) 784-0691

**DISCOVER**
FINANCIAL SERVICES

PO Box 30943
West Valley City, UT 84130-0943

January 9, 2003

Gregory J Panko
1124 W Wilson Ave Apt 374
Chicago IL 60640-5617

Account Number: 6011-0074-0552-1542

Dear Gregory J Panko:

As you are probably aware, we were unable to approve a transaction you made at JEWEL FOOD 3455 a short time ago. We regret any inconvenience this may have caused. Please allow us to explain.

On 01/07/03, your payment of $1,000.00 was posted to your account. However, for security purposes, your available credit will not increase by the amount of the payment until 01/17/03 so that we can ensure that the check clears.

If you have questions, please call 1-800-DISCOVER (1-800-347-2683). Our office is open 24 hours a day and we are happy to help you.

Sincerely,

Cardmember Service

Attachment A




Discovercard.com
Discover® Card, Issued by Discover Bank, Member FDIC

Page 1 of 1

1124 West Wilson Avenue, #374
Chicago, Illinois 60640
September 2, 2003

Ms. Nancy Ginn, Customer Assistance Representative
Discover Financial Services, Inc.
6500 New Albany Road, East
New Albany, Ohio 43054

Re: Discover Card Account 6011 0074 0552 1542

Dear Ms. Ginn:

On May 16, 2003 I spoke by telephone with you regarding the possibility of Discover Card Account 6011 0074 0552 1542, which had been closed since January 21, 2003, being re-opened, if some things were taken off the credit report. You indicated there was that possibility.

Besides the wanting of the Account to be re-opened, I wish credit to offset finance charges, late charges, and over-the-limit charges which have accrued since the account was closed on January 21, 2003. In addition, I wish credit to offset other charges as shown on the attached copy of "Credits Desired Regarding Discover Card Account."

I am in the process of trying to get some negative information removed from the credit report. On July 30, 2003 I filed a motion in the Circuit Court of Cook County, Illinois seeking to vacate a void judgment in Case 99M1 108586 of $3,179.14 plus court costs, to allow setoff credit from another case, and to dismiss Case 99M1 108586. Attached is a copy of an order of August 6, 2003 continuing the motion and a copy of some credit report data referring to the void judgment of Case 99M1 108586. If the judgment is vacated, the credit reporting agency should be willing to remove reference to Case 99M1 108586 from the credit report data. There is a possibility I can get some other negative information removed from the credit report data.

If there is willingness to re-open the Account, I can make a payment of $499.07 this month. With allowance of credits indicated on the copy of "Credits Desired Regarding Discover Card Account," the balance in the Account would be $9,000.00 with $3,000.00 available credit initially. Please arrange with the proper department for the re-opening of the Account and with the proper department for credit to be given to the Account, such that there would be a balance of $9,000.00 in the Account after payment of $499.07.

Attachments

Yours truly,

*Gregory Panko*
Gregory Panko, Accountholder

Attachment B

**ACADEMY COLLECTION SERVICE, INC.**

Main Office: 10965 Decatur Road
Philadelphia, PA 19154-3210
1 (800) 220-0605 or (215) 281-7500
Hours: M-TH 8am-9pm, F 8am-5pm,
Sat 8am-12noon

Return Service Requested

April 27, 2004

**ACCOUNT IDENTIFICATION**
Creditor : Discover Financial Services (P)

Gregory J Panko               9487500
1124 W Wilson Ave Apt 374
Chicago, IL 60640-5617

Fwd Creditor :
Account #            : 6011007405521542
Academy File #       : 9487500
Current Balance      : $12991.72
Return Ck Fee(s)     : $0.00
Total Bal As Of 27 Apr 2004: $12991.72
Number Of Accts      : 1

We are sending you this letter in an attempt to clear this long overdue account. Our client may accept less than the current balance as settlement for this account.

**** SETTLEMENT AMOUNT $ 5196.69    YOU SAVE $ 7795.03 ****

Upon approval, receipt and clearance of the agreed upon amount, our client will notify the appropriate credit bureaus that this account has been settled.

This is an attempt by a debt collector to collect a debt. Any information obtained will be used for that purpose.

Yours truly,
*Lisa Janson, Debt Collector Ext 5683*
**Lisa Janson, Debt Collector Ext 5683**

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.**

Side 1 of 2

--- Please Detach and Return Bottom Portion with Payment ---
Enter the requested information in the spaces provided below:

From: Gregory J Panko
Change of Address: _____
City, State, Zip: _____
Telephone: _____

Employer: _____
Address: _____
City, State, Zip: _____
Telephone: _____ Ext: ___
Social Security #: _____

Total Balance Due   : $12991.72
Amount Enclosed     : $_____
Creditor Acct #     : 6011007405521542
Academy File #      : 9487500

ACADEMY COLLECTION SERVICE, INC.
10965 Decatur Road             9487500
Philadelphia, PA 19154-3210

Enclosing this notice with your payment will expedite credit to your account.

Attachment C

S40D 002580A 1 208 001 071 118 011 000 S-CRE



# DISCOVER
FINANCIAL SERVICES

October 19, 2004

Gregory J. Panko
1124 W. Wilson Ave.
Apt. #374
Chicago, IL 60640-5617

Re: Discover Account Number: 6011-0074-0552-1542
    Current Balance: $12,991.72

Dear Mr. Panko,

This letter is in follow-up to our conversation on October 8, 2004.

Your account has been charged-off as a bad debt by Discover Financial Services, Inc. The balance of $12,991.72 is due in full immediately.

Per our conversation, Discover Financial Services, Inc, will not accept your offer to re-open the account if payment is received on the account. The account is permanently closed and neither Discover Financial Services, Inc. or the agency it is using for collection purposes will re-open this account. However, at anytime you may apply for a new Discover Card.

Discover Financial Services, Inc will accept an immediate settlement of 50% of the outstanding balance. If you wish to make an arrangement for settlement, please contact Academy Collection Services at 1-800-220-0605.

If you would like to further escalate your concern, you may submit a letter to our corporate inquiry area at the following address:

    Discover Financial Services, Inc.
    P.O. Box 17019
    Wilmington, DE 19850

If I may of further assistance to you, you may reach me at (224) 405-4547.

Sincerely,

Marc E. Taylor
Strategy Manager
Cardmember Assistance

This is an attempt to collect a debt and any information obtained may be used for that purpose.

Attachment D

Discover Financial Services, Inc.
2500 Lake Cook Road Riverwoods, IL 60015
A Morgan Stanley Company